UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RYAN EHA,<br><br>               Plaintiff,<br><br>     vs.<br><br>NORTH KERN STATE PRISON,<br><br>               Defendant. | 1:15-cv-01421-LJO-GSA-PC<br><br>ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS (ECF No. 2.)<br><br>ORDER FOR PLAINTIFF TO PAY $400.00 FILING FEE IN FULL WITHIN THIRTY DAYS |

David Ryan Eha is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. §1983.  On September 21, 2015, Plaintiff filed the Complaint commencing this action, together with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  (ECF Nos. 1, 2.)

It appears, from a review of Plaintiff's application, that Plaintiff can afford the costs of the filing fee for this action.  Plaintiff indicates on his application that he has income of $1,150.00 per month from SSI and SSDI.[1]  Therefore, Plaintiff's motion to proceed in forma

---

[1] Plaintiff has not submitted a certified copy of his prison trust account for this case.  In his application filed September 21, 2015, Plaintiff refers the court to trust account statements he has filed in other pending cases. (ECF No. 2 at 3.)  However, if Plaintiff seeks to proceed in forma pauperis in this case, he must file a certified trust account statement **for this case,** reflecting the six-month period immediately preceding the filing of the Complaint.

1

pauperis shall be denied, and Plaintiff shall be required to pay the statutory filing fee of $400.00 for this action in full.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis, filed on September 21, 2015, is DENIED;
2. Within thirty days from the date of service of this order, Plaintiff is required to pay the $400.00 filing fee for this action in full; and
3. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **October 8, 2015**            **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE