UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RYAN EHA,<br><br>             Plaintiff,<br><br>      vs.<br><br>NORTH KERN STATE PRISON,<br><br>             Defendant. | 1:15-cv-01421-LJO-EPG-PC<br><br>ORDER VACATING COURT'S ORDER ISSUED ON OCTOBER 8, 2015<br>(ECF No. 7.)<br><br>ORDER FOR PLAINTIFF TO SUBMIT A NEW APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF HIS TRUST ACCOUNT STATEMENT WITHIN 45 DAYS |

   David Ryan Eha ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on September 21, 2015, together with an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (ECF Nos. 1, 2.)

   On October 8, 2015, the Court issued an order denying Plaintiff's application to proceed *in forma pauperis* because Plaintiff indicated on the application that he receives considerable monthly income from SSI and SSDI, showing that he can afford the costs of this action.  (ECF No. 7.)  The Court ordered Plaintiff to pay the $400.00 filing fee in full for this action within thirty days.  (Id.)  On October 21, 2015, Plaintiff responded to the Court's order, denying that he currently has any income and arguing that the Court misinterpreted the information he wrote on his application.  (ECF No. 9.)  Plaintiff claims that he "attached a current Prisoner Trust

Account Certification with this document to be considered by the Court with my Motion to proceed in Forma Pauperis." (Id.)

There is no trust account statement attached to Plaintiff's response, and there is no evidence on the Court's record that Plaintiff submitted a certified copy of his prison trust account statement for this case.[1]  Plaintiff shall be required to submit a new application to proceed *in forma pauperis* within 45 days, together with a certified copy of his prison trust account statement reflecting the six-month period immediately preceding the filing of the Complaint for this action.  28 U.S.C. § 1915.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Court's order issued on October 8, 2015, is VACATED;
2. The Clerk is DIRECTED to send Plaintiff an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;
3. Within forty-five (45) days of the date of service of this order, Plaintiff is required to complete the application to proceed *in forma pauperis* and submit it to the Court, together with a certified copy of his prison trust account statement reflecting the six-month period immediately preceding the filing of the Complaint; and
4. Failure to comply with this order may result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **October 28, 2015**              /s/ Erica P. Grosjean
                                           UNITED STATES MAGISTRATE JUDGE

---

[1] In his response to the Court's order, Plaintiff also directs the court to review a copy of the prison trust account statement which he submitted to the Central District of California for a pending case filed there. (ECF No. 9.)  The Court shall not review Plaintiff's trust account statement submitted in another case.  Plaintiff must submit a new, current certified copy of his trust account statement for this case.